UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DONN WALDRON DENNIS,                      **<u>INDICTMENT</u>**

       Defendant.

_____/

The Grand Jury charges:

### <u>COUNT 1</u>
(Possession with Intent to Distribute Controlled Substances)

On or about July 17, 2025, in Kalamazoo County, in the Southern Division of

the Western District of Michigan, the defendant,

DONN WALDRON DENNIS,

knowingly and intentionally possessed with intent to distribute 50 grams or more of

methamphetamine, a Schedule II controlled substance, and cocaine, a Schedule II

controlled substance, in a backpack in a Kia Sportage.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(C)

## COUNT 2
(Felon in Possession of a Firearm)

On or about July 17, 2025, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

DONN WALDRON DENNIS,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, an SCCY Model CPX-1 9 mm pistol, in a barn on West W Avenue in Prairie Ronde Township, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

## COUNT 3
(Felon in Possession of a Firearm)

From on or about May 14, 2025 through on or about July 17, 2025, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

DONN WALDRON DENNIS,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a bronze Palmetto State Armory rifle, in a shed on West W Avenue in Prairie Ronde Township and elsewhere, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

## COUNT 4
(Felon in Possession of Ammunition)

On or about July 17, 2025, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

DONN WALDRON DENNIS,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, that is, a round of 7.62 caliber ammunition, in a Kia Sportage, and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

## COUNT 5
(Felon in Possession of Ammunition)

On or about July 17, 2025, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

DONN WALDRON DENNIS,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, that is, 39 rounds of 7.62 caliber ammunition and 31 rounds of 9 mm ammunition, in a barn on West W Avenue in Prairie Ronde Township, and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

## FORFEITURE ALLEGATION
(Felon in Possession of a Firearm – Count 2)

The allegations contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count 2 of the Indictment, the defendant,

DONN WALDRON DENNIS,

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to: an SCCY Model CPX-1 9 mm pistol.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

**FORFEITURE ALLEGATION**
(Felon in Possession of a Firearm – Count 3)

The allegations contained in Count 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count 3 of the Indictment, the defendant,

DONN WALDRON DENNIS,

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to: a bronze Palmetto State Armory rifle.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

## **FORFEITURE ALLEGATION**
(Felon in Possession of Ammunition – Count 4)

The allegations contained in Count 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count 4 of the Indictment, the defendant,

DONN WALDRON DENNIS,

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to: a 7.62 caliber round.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

**FORFEITURE ALLEGATION**
(Felon in Possession of Ammunition – Count 5)

The allegations contained in Count 5 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count 5 of the Indictment, the defendant,

DONN WALDRON DENNIS,

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to: 39 rounds of 7.62 caliber ammunition and 31 rounds of 9 mm ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney


VITO S. SOLITRO
Assistant United States Attorney